**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-02992-REB-KMT

JESSIE JACOBS,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Domestic Mutual Insurance Company,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulation for Dismissal with Prejudice** [#52][1] filed February 16, 2016.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved; and

2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated February 17, 2016, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge